UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT L. CERESA,

           Plaintiff,

-against-

BRIAN RATHJEN, et al.,

           Defendants.

22-CV-7070 (LTS)

ORDER DENYING IFP APPLICATION

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:   September 13, 2022
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                              Chief United States District Judge