UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. CERESA,

                                    Plaintiff,

                    -against-

BRIAN RATHJEN, et al.,

                                    Defendants.

22-cv-07070 (JLR)

**ORDER OF SERVICE**

JENNIFER L. ROCHON, United States District Judge:

Plaintiff, proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Roberts-Ryan

Investments, Inc., Brian Rathjen, Kenneth F. Merlo, and Sadie Millard.  Plaintiff is directed to

serve a summons and the Amended Complaint on each Defendant within 90 days of the issuance

of the summonses.  If within those 90 days, Plaintiff has not either served Defendants or

requested an extension of time to do so, the Court may dismiss the claims against Defendants

under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Dated:    January 27, 2023
            New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*

                              JENNIFER L. ROCHON
                              United States District Judge